Nathaniel K. Charny
Charny & Wheeler P.C.
9 West Market Street
Rhinebeck, New York  12572
Tel (845) 876-7500
Fax (845) 876-7501
ncharny@charnywheeler.com

Benjamin N. Dictor
Eisner & Dictor, P.C.
39 Broadway, Suite 1540
New York, New York  10006
Tel (212) 473-8700
Fax (212) 473-8705
ben@eisnerdictor.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY HOBBS and FRANK SWENSEN on behalf of themselves and those similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE OF AMERICA, INC. and THE UPS FOUNDATION,<br><br>         Defendants. | PRELIMINARY MOTION FOR SETTLEMENT APPROVAL<br><br>Civil Action No. 1:19-cv-04652 (SJB) |

  PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Plaintiffs' Preliminary Motion for Settlement Approval, Declaration of Benjamin N. Dictor, and Declaration of Nathaniel K. Charny, and exhibits attached thereto, Plaintiffs, with the consent of Defendants, will move this Court before the Honorable Sanket J. Bulsara at The United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a time and place to be determined by the Court, for an Order preliminarily approving the Proposed

Class and Collective Action Settlement Agreement and the judicial proceedings appurtenant thereto.

Dated: Rhinebeck, New York
October 8, 2021

*Nathaniel K Charny*
_____
Nathaniel K. Charny
Charny & Wheeler P.C.
9 West Market Street
Rhinebeck, New York  12572
Tel (845) 876-7500
Fax (845) 876-7501
ncharny@charnywheeler.com

Benjamin N. Dictor
Eisner & Dictor, P.C.
39 Broadway, Suite 1540
New York, New York  10006
Tel (212) 473-8700
Fax (212) 473-8705
ben@eisnerdictor.com

Attorneys for Plaintiffs

2